# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

In re:                                           **JUDGE JOHN P. GUSTAFSON**

**Commonwealth Business Credit, LLC**

                 Debtor(s)                        Case No.    21-31507

**Ericka Parker (Trustee)**

                Plaintiff(s),                **Adversary Proceeding No.    22-3005**

v.

**Nemsys, LLC**

                Defendant(s).

## SUMMONS AND NOTICE OF TELEPHONIC PRE-TRIAL CONFERENCE

To the above-named defendant(s):

       You are summoned and required to serve upon **Eric R. Neuman,** plaintiff(s)' attorney, whose address is **1107 Adams Street, Toledo, OH 43604** either a motion or an answer to the attached complaint that is now served upon you. If you elect to respond first by motion, Bankruptcy Rule 7012 governs the time within which your answer must be served. Otherwise, you are required to serve your answer upon plaintiff's attorney within 30 days after the date of issuance of this summons, except that the United States or an office or agency thereof shall file a motion or answer within 35 days.

       The motion or answer served by you must be filed with this court either before service or within a reasonable time after service. IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

       You are hereby notified that a Pre-Trial Conference with respect to this Complaint has been set at the following time and place: **Wednesday, March 30, 2022 at 9:30 a.m., in Courtroom No. 1, Room 119, United States Courthouse, 1716 Spielbusch Avenue, Toledo, Ohio.**

| | |
|---|---|
| **Telephonic Attendance at pre-trial at the time stated above is required unless parties are notified to the contrary by court staff. Please make arrangements with Chambers at (419) 213-5631 or Courtroom Deputy at (419) 213-5607 no less than 24 hours prior to scheduled hearing.** |     /s/ Josiah C. Sell    ,<br>*Clerk of the Bankruptcy Court*<br><br>By:     /s/ Melinda Hutton    ,<br>*Deputy Clerk* |
| Date of issuance:     February 8, 2022 | |



## CERTIFICATE OF SERVICE

I, _____ (name), certify that service of this summons and a copy of the complaint was made _____ (date) by:

❑ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

❑ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

❑ Residence Service: By leaving the process with the following adult at:

❑ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

❑ Publication: The defendant was served as follows: [Describe briefly]

❑ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____   Signature _____

   Print Name: _____

   Business Address: _____