United States Bankruptcy Court
Northern District of Ohio

Parker (Trustee),

    Plaintiff

Nemsys, LLC,

    Defendant

Adv. Proc. No. 22-03005-jpg

# CERTIFICATE OF NOTICE

| District/off: 0647-3 | User: amari | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Feb 08, 2022 | Form ID: pdf786 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| dft | + Nemsys, LLC, 122 St. Clair Street, Toledo, OH 43604-8738 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| pla | + Email/Text: esparker@sbcglobal.net | Feb 08 2022 20:38:00 | Ericka Parker (Trustee), PO Box 262, Curtice, OH 43412-0262 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2022        Signature:       /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Eric R. Neuman | on behalf of Plaintiff Ericka Parker (Trustee) eric@drlawllc.com kim@drlawllc.com;r50765@notify.bestcase.com;Adam@drlawllc.com;raymond@drlawllc.com;leanne@drlawllc.com |

TOTAL: 1

**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.**




John P. Gustafson
United States Bankruptcy Judge

**Dated:  February 8 2022**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| In Re: Commonwealth Business Credit, LLC | Adversary Case No. 22-03005 |
| Debtor. | Bankruptcy Case No21-31507 |
| Ericka Parker, Trustee | Judge John P. Gustafson |
| Plaintiff, | **ORDER TO DEFER FEES** |
| vs. | |
| Nemsys, LLC | |
| Defendant. | |

This matter having come before the Court on the Application by Trustee to Defer Payment of Fee for Filing Complaint, the Court finds the Application is well taken, and

It is **ORDERED** that the Clerk of the Bankruptcy Court accept the filing of the above Complaint without pre-payment of the requisite fees;

It is **FURTHER ORDERED** that any deferred filing fees be collected from the estate, if any is created from the underlying case, unless otherwise directed by the Judge presiding over the final meeting of creditors or final distribution.

# # # #